CONRAD MULLER, Appellant, *v.* CHARLES G. PETERSON, Respondent.

*Muller* v. *Peterson,* 57 App. Div. 626, affirmed.
(Argued May 5, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1901, reversing a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of New York and granting a new trial.

*Ira B. Wheeler* for appellant.

*James P. Philip* and *J. Stewart Ross* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.